UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | Case No. 7:25CR43-AMM-SGC-1 |
| ) | |
| **ROLANDO GARZA-ALANIZ,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This case is before the court on defendant Rolando Garza-Alaniz's Motion to Suppress. Doc. 13. Mr. Garza-Alaniz argues that the court should "suppress all evidence obtained as a result of the search of the vehicle he was driving on September 6, 2023, as well as all statements made by Mr. Garza-Alaniz in response to questioning following the discovery of the evidence[,]" because "[l]aw enforcement unlawfully prolonged the traffic stop . . . ." *Id.* at 1. The government filed a response in opposition to the motion to suppress, arguing that "law enforcement had reasonable suspicion to extend the traffic stop beyond the stop's original purpose." Doc. 18 at 1.

The magistrate judge conducted a suppression hearing on July 14, 2025. On September 4, 2025, the magistrate judge entered a report recommending that the court deny the motion to suppress. Doc. 21. The magistrate judge stated, "Multiple factors coalesced here to provide Agent Grant with a particularized and objective

basis for suspecting legal wrongdoing . . . ." *Id.* at 9. The magistrate judge reasoned that some of the "factors are susceptible to innocent explanations[,]" but "factors that standing alone are susceptible to innocent explanations may come together to provide a basis for suspecting criminal activity." *Id.* The magistrate judge thus concluded, "Together, the factors provided Agent Grant with reasonable suspicion to extend the traffic stop and ask Garza-Alaniz for consent to search the red SUV." *Id.* at 10.

Mr. Garza-Alaniz filed objections to the report and recommendation, Doc. 24, but subsequently withdrew those objections, Docs. 25–26.

Having carefully reviewed and considered de novo all the materials in the record, including the report and recommendation, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 21. Thus, the court **DENIES** Mr. Garza-Alaniz's Motion to Suppress. Doc. 13.

**DONE** and **ORDERED** this 8th day of October, 2025.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE